IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELI BRYSON,** | CIV S-08-1993-GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **LARRY SMALL,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including November 10, 2008.

Dated: 10/16/08          /s/ Gregory G. Hollows
                         United States Magistrate Judge

brys1993.eot

[Proposed] Order

1