IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELI BRYSON,

    Petitioner,                            No. CIV S-08-1993-GEB GGH P

    vs.

LARRY SMALL,

    Respondent.                        ORDER

_____/

        Pursuant to the Order, filed on 9/11/08, petitioner, by filing dated 10/02/08, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted.  <u>See</u> 28 U.S.C. § 1915(a).

DATED: 10/28/08                          /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
brys1993.ifpg